AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Rhode Island Carpenters Annuity Fund

V.

Kesseli & Morse, Co.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 06 414S

TO: (Name and address of Defendant)

Kesseli & Morse Co.
242 Canterbury St
Worcester, MA 01603

or George Kustigan, Jr., as President of
Kesseli & Morse
1112 Whittenmore St
Leicester, MA 01524

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Elizabeth Wiens, Esquire
Gursky Law Associates
420 Scrabbletown Road, Ste. C
North Kingstown, RI 02852

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 9.19.06

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 9-29-06 |
| NAME OF SERVER (PRINT) | TITLE JOSEPH KEATING FEDERAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

- [x] Served personally upon the third-party defendant. Place where served: 242 CANTERBURY ST WOON SOCKET
- [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:
- [ ] Returned unexecuted:
- [ ] Other (specify):

100 MILES 3 HOURS

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $75.00 | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-29-06
Date

Signature of Server [signature]

JOSEPH KEATING
FEDERAL PROCESS
SERVER

Address of Server
JOSEPH KEATING
41 N. ELMORE AVE.
N. PROVIDENCE, RI 02911

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.