UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Rhode Island Carpenters' Annuity Fund

v. C.A. No. 06-414S

Kesseli & Morse Co.

**SHOW CAUSE ORDER**

On or before **February 27,2007** the plaintiff is hereby ordered to show cause, in writing, why this case should not be dismissed for lack of prosecution. Failure to comply will result in dismissal.

By Order,

Deputy Clerk

ENTER:

William E. Smith
US District Judge

Date: 2/7/07

FORMS/SHWCAUS2.ORD